UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISTVAN RUZSA,

      Plaintiff,

v.                                          Case No: 6:16-cv-1203-Orl-18KRS

DEPARTMENT OF FINANCIAL
SERVICES,

      Defendant.

_____

ORDER

This case was referred to United States Magistrate Karla R. Spaulding for a report and recommendation on Plaintiff Istvan Ruzsa's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2). On July 11, 2016, Judge Spaulding entered a Report and Recommendation (Doc. 3) regarding same, to which no timely objections were filed.

The Court, having reviewed the Report and Recommendation (Doc. 3) and there being no objections timely filed, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 2) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Istvan Ruzsa's Complaint (Doc. 1) is **DISMISSED without prejudice**.

3. Plaintiff Istvan Ruzsa's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. 2) is **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida, this _____ 8 _____ day of August, 2016.

                                                                  G. KENDALL SHARP
                                                                   SENIOR UNITED STATES DISTRICT JUDGE

Copies to Unrepresented Parties